UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-80949-CIV-MIDDLEBROOKS/WHITE

DONALD PLATTEN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant Donald Platten motion to vacate pursuant to 28 U.S.C. § 2255, attacking his convictions and sentences for conspiracy to commit securities and wire fraud, as well as, convictions for securities fraud, and corruptly endeavoring to impede the Internal Revenue Service, entered following a jury verdict in Case No. 08-80148-CR-Middlebrooks. (DE 1). Petitioner filed his petition on September 6, 2012, and this matter was referred to the Honorable United States Magistrate Judge Patrick A. White. A Report and Recommendation ("Report") (DE 33) was filed on September 24, 2013. Judge White recommended that Movant's motion be denied. Movant filed his Objections on November 4, 2013, (DE 37).[1] The Court has conducted a de novo review of the record and is otherwise advised in the premises.

The Court agrees with Judge White's findings and conclusion. For the reasons stated in the Report of the Magistrate Judge and upon an independent review of the file, it is hereby

---

[1] On November 15, 2013, Movant also filed his Objection to Magistrate Judge's Order (DE 38) Denying as Moot Movant's Motion to Continue and/or to Expand the Movant's *Brady* Claim. (DE 40).

1

**ORDERED AND ADJUDGED** that

1. United States Magistrate Judge White's Report (DE 37) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety;

2. This Case is **DISMISSED WITHOUT PREJUDICE**;

3. All pending motions are **DENIED AS MOOT**; and

4. The Clerk of Court shall **CLOSE** this Case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2 day of January, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record