Platten, Donald
Register No. 73323-004
Unit:

### INMATE REQUEST TO STAFF RESPONSE

This is in response to your Inmate Request to a Staff Member in which you request consideration for a Compassionate Release/Reduction in Sentence (RIS) in accordance with Program Statement 5050.50. Specifically, you request a Compassionate Release as an inmate with a "Debilitated Medical Condition."

In accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence, Procedures for Implementation, 18 U.S.C. 3582(c)(1)(A) and 4205 (g), an inmate may initiate a request for consideration only when there are particularly extraordinary or compelling circumstances which could not reasonably have been foreseen by the court at the time of sentencing. In order to meet the criteria as an inmate with a Debilitated Medical Condition, an inmate must be completely disabled, meaning the inmate cannot carry on any self-care and is totally confined to a bed or chair, or capable of only limited self-care and is confined to a bed or chair more than 50% of waking hours.

A review of your current medical status reveals you are a 69-year old inmate who has Prostate Cancer with Metastasis. Medical staff at FCI Fort Dix advised you are able to function in a correctional facility, you ambulate on the compound, and complete activities of daily living independently. Based on your ability to perform self-care, your request for Compassionate Release is denied.

If you are dissatisfied with this response, you may appeal the decision through the Administrative Remedy process.

_____          12/23/19
David E. Ortiz                     Date
Warden